# UNITED STATES DISTRICT COURT

# FOR

# SOUTHERN DISTRICT OF WEST VIRGINIA

Report on Offender Under Pretrial Supervision

**Name of Offender:** Joe Claude Schleider                **Case Number:** 2:25CR00173

**Name of Judicial Officer:** The Honorable Dwane L. Tinsley, United States Magistrate Judge

**Date of Release on Bond:** October 1, 2025

**Original Offense:** 18 U.S.C. § 1361, Destruction of government property

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of additional conditions of release number 7(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner:** |
| | On October 6, 2025, Joe Claude Schleider provided a urine specimen that tested positive for amphetamine, methamphetamine, and marijuana. The defendant admitted to the probation officer to smoking marijuana on October 1, 2025, and smoking methamphetamine on October 3, 2025. Mr. Schleider signed a voluntary admission form acknowledging the conduct. |

**U.S. Probation Officer Action:**

Joe Claude Schleider was verbally reprimanded by the probation officer for the conduct in the above-mentioned violation. Mr. Schleider appeared remorseful when discussing smoking marijuana daily until being arrested for the instant offense, and occasional methamphetamine use. The defendant was offered substance abuse treatment to address any substance abuse issues, to which the defendant declined. The frequency of Mr. Schleider's urine collections and office visits have been increased to monitor for any continued illegal drug use.

On this same date, the probation officer met with Mr. Schleider and Assistant Public Defender Rachel Zimarowski. Both Ms. Zimarowski and this officer offered the defendant inpatient

Case: 2:25-mj-00068-EPD Doc #: 1 Filed: 12/02/25 Page: 2 of 2 PAGEID #: 42
Case 2:25-cr-00173 Document 45 Filed 10/14/25 Page 2 of 2 PageID #: 242

RE: Joe Claude Schleider  
DOCKET NO. 2:25CR00173

Report on Offender Under  
Pretrial Supervision

substance abuse treatment which he declined. It is noted it is difficult to make contact with the defendant due to his lack of residence and access to a telephone. The probation officer has attempted to obtain information on the defendant's general vicinity in the community, but the defendant was unable to provide that information. The probation officer has provided the defendant with a bus pass to assist with his transportation needs; however, it is noted he had already lost the bus pass by the next contact. Mr. Schleider was instructed to report to the probation office on October 14, 2025, to provide a urine screen. Should the urine specimen be positive this officer will refer the defendant to attend inpatient substance abuse treatment. The probation officer will closely monitor Mr. Schleider's progress with the conditions of pretrial release and performance on bond. Any future violations will be reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Mark Ruscello  
Senior United States Probation Officer  
October 9, 2025

THE COURT ORDERS:

[ ] Warrant  
[ ] Summons  
[X] No Action Taken at this Time  
[ ] Other

The Honorable Dwane L. Tinsley  
United States Magistrate Judge

Oct 14, 2025  
Date

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Case No.: 2:25-cr-00173

JOE CLAUDE SCHLEIDER

## ORDER

On October 1, 2025, the defendant was released on bond by Order Setting Conditions of Release and Appearance Bond. On October 14, 2025, the United States Probation Officer filed a Noncompliance Summary concerning the defendants use and positive tests for amphetamine, methamphetamine, and marijuana on October 6, 2025, a violation of his Conditions of Release and Appearance bond. Further, the defendant failed to appear for his Arraignment that was previously scheduled for this date.

It is hereby **ORDERED** that a bench warrant be issued forthwith for the defendant. Upon the defendant's arrest, he shall remain in the custody of the United States Marshal until further Order of the Court.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

**ENTER:** October 14, 2025

Dwane L. Tinsley
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>**Joe Claude Schleider**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:25-cr-173 |

## ARREST WARRANT

COPY

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Joe Claude Schleider**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

   Violating conditions of Bond.


Date: __10/14/2025__

*Issuing officer's signature*

City and state:  **CHARLESTON, WV**      **RORY L. PERRY II, CLERK**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____        _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

Query    Reports    Utilities    Help    What's New    Log Out

LC-1

# United States District Court
## Southern District of West Virginia (Charleston)
## CRIMINAL DOCKET FOR CASE #: 2:25-cr-00173 All Defendants

Case title: United States of America v. Schleider                    Date Filed: 09/30/2025

Assigned to: Judge Thomas E. Johnston

**Defendant (1)**

**Joe Claude Schleider**                    represented by    **Rachel Elizabeth Zimarowski**
                                                              FEDERAL PUBLIC DEFENDER'S
                                                              OFFICE
                                                              Room 3400
                                                              300 Virginia Street East
                                                              Charleston, WV 25301
                                                              304/347-3350
                                                              Fax: 304/347-3356
                                                              Email: Rachel_Zimarowski@fd.org
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Public Defender or*
                                                              *Community Defender Appointment*

**Pending Counts**                                            **Disposition**
GOVERNMENT PROPERTY OR
CONTRACTS
(1)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                         **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                **Disposition**
None

### Plaintiff

**United States of America**      represented by **Lesley Shamblin**
UNITED STATES ATTORNEY'S OFFICE
Suite 4000
300 Virginia Street East
Charleston, WV 25301
304-340-7843
Email: lesley.shamblin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: for the United States of America*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2025 | 1 | INDICTMENT as to Joe Claude Schleider count 1. (Originally filed under seal 9/30/2025; unsealed 10/01/2025) (kew) (Entered: 10/01/2025) |
| 09/30/2025 | 2 | INDICTMENT - Unredacted Copy for Court Users Only as to Joe Claude Schleider. (Originally filed under seal 9/30/2025; unsealed 10/01/2025) (kew) (Main Document 2 replaced on 10/1/2025) (ts). (Entered: 10/01/2025) |
| 09/30/2025 | 5 | SEALED ORDER as to Joe Claude Schleider; directing that the indictment be SEALED and that a bench warrant be issued forthwith for the defendant; upon arrest this case shall be UNSEALED without further Order. Signed by Magistrate Judge Dwane L. Tinsley on 9/30/2025. (cc: USA, USP, USM) (Originally filed under seal 9/30/2025; unsealed 10/01/2025) (kew) (Entered: 10/01/2025) |
| 09/30/2025 |  | CASE as to Joe Claude Schleider assigned to Judge Thomas E. Johnston. (klc) (Entered: 10/01/2025) |
| 10/01/2025 |  | CASE UNSEALED as to Joe Claude Schleider (ts) |
| 10/01/2025 | 6 | CJA 23 FINANCIAL AFFIDAVIT by Joe Claude Schleider. (btm) |
| 10/01/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE: Rachel Elizabeth Zimarowski APPEARING FOR Joe Claude Schleider (Zimarowski, Rachel) |
| 10/01/2025 | 8 | INITIAL APPEARANCE as to Joe Claude Schleider held by Magistrate Judge Dwane L. Tinsley on 10/1/2025; Court Reporter: Court Smart. (kab) |
| 10/02/2025 |  | PROBATION OFFICER ASSIGNMENT FOR PRETRIAL as to Joe Claude Schleider: Mark T. Ruscello (Baker, Andrew) |
| 10/02/2025 | 9 | ORDER as to Joe Claude Schleider, re: hearing held 10/1/2025; directing that the Office of the Federal Public Defender is appointed as counsel to represent the defendant in this matter; an Arraignment is set for 10/14/2025 at 1:30 PM in Charleston before Magistrate Judge Dwane L. Tinsley; Defendant is released on a $10,000 unsecured bond. Signed by Magistrate Judge Dwane L. Tinsley on 10/2/2025. (cc: Judge, USP, USM, counsel of record, deft) (lca) |

| | | |
|---|---|---|
| 10/02/2025 | 10 | ORDER SETTING CONDITIONS OF RELEASE as to Joe Claude Schleider. Signed by Magistrate Judge Dwane L. Tinsley on 10/1/2025. (cc: Judge, USP, USM, counsel of record, deft) (lca) |
| 10/02/2025 | 11 | APPEARANCE BOND as to Joe Claude Schleider in the amount of $10,000 unsecured. (lca) |
| 10/02/2025 | 12 | DUE PROCESS PROTECTIONS ACT ORDER TO ALL COUNSEL REGARDING BRADY OBLIGATIONS as to Joe Claude Schleider. Signed by Magistrate Judge Dwane L. Tinsley on 10/2/2025. (cc: Judge, counsel of record) (lca) |
| 10/02/2025 | 13 | ARREST WARRANT RETURNED EXECUTED in case as to Joe Claude Schleider. Defendant arrested on 10/1/2025. (mfo) |
| 10/10/2025 | 14 | PRETRIAL SERVICES REPORT as to Joe Claude Schleider. (Baker, Andrew) |
| 10/14/2025 | 15 | NONCOMPLIANCE SUMMARY as to Joe Claude Schleider; no action taken. Signed by Magistrate Judge Dwane L. Tinsley on 10/14/2025. (cc: Judge, USA, USP, USM, counsel) (kew) |
| 10/14/2025 | 16 | ARRAIGNMENT not held and will be rescheduled by the Court held by Magistrate Judge Dwane L. Tinsley on 10/14/2025; Court Reporter: CourtSmart. (kab) |
| 10/14/2025 | 17 | ORDER as to Joe Claude Schleider, directing that a bench warrant be issued for the Defendant. Signed by Magistrate Judge Dwane L. Tinsley on 10/14/2025. (cc: Judge, USA, USP, USM) (lca) |